## JULIAN MESSNER, INC., ET AL. *v.* SPAHN.

No. 1154. Decided May 22, 1967.

*Selig J. Levitan* for appellants.

*Arthur K. Radin* for appellee.

*Irwin Karp* for Authors League of America, Inc., as *amicus curiae.*

PER CURIAM.

The motion of the Authors League of America, Inc., for leave to file a brief, as *amicus curiae,* is granted.

The judgment is vacated and the case is remanded to the Court of Appeals of New York for further consideration in light of *Time, Inc.* v. *Hill,* 385 U. S. 374.

THE CHIEF JUSTICE and MR. JUSTICE FORTAS would dismiss the appeal for want of a substantial federal question.